PEOPLE ex rel. FAHNESTOCK TRANS-MITTER CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Proceedings by the people of the state of New York, on the relation of the Fahnestock Transmitter Company, against Otto Kelsey as Comptroller of the state of New York. No opinion. Determination of the Comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. FENNELLY, Respondent, v. AMALGAMATED COPPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of Joseph Fennelly, against the Amalgamated Copper Company and others. J. M. Beck, for appellants. E. J. McGuire, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. FENNELLY v. AMALGAMATED COPPER CO. et al. SAME v. UNITED COPPER CO. et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph Fennelly, against the Amalgamated Copper Company and others, and against the United Copper Company and others. No opinion. Motions granted. See memorandum.

PEOPLE ex rel. FENNELLY, Respondent, v. UNITED COPPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of Joseph Fennelly, against the United Copper Company and others. F. R. Kellogg, for appellants. E. J. McGuire, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. HATCH, Appellant, v. REARDON, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of Albert J. Hatch, against Edward Reardon. J. F. Dillon and J. G. Milburn, for appellant. E. A. Sandford, for respondent. No opinion. Reargument ordered second week of January, 1906.

PEOPLE ex rel. LEVY, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Proceedings by the people of the state of New York, on the relation of Herman J. Levy, against Edward J. Butler, commissioner. C. E. Hunter, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LOMAX v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Proceedings by the people of the state of New York, on the relation of James M. Lomax, against Francis V. Greene, as commissioner. E. L. Crandall, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MACKENZIE, Respondent, v. MACKENZIE, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Proceedings by the people of the state of New York, on the relation of Carrie E. Mackenzie, against James C. Mackenzie. L. H. Doarly, for appellant. H. Stiefel, for respondent. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against Otto Kelsey, as Comptroller of the state of New York, as to the tax of 1902. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against Otto Kelsey, as Comptroller of the state of New York, as to the tax of 1903. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against Otto Kelsey, as Comptroller of the state of New York, as to the tax of 1904. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. O'CONNELL v. HAYES, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Proceedings by the people of the state of New York, on the relation of Robert F. O'Connell, against Nicholas J. Hayes, as commissioner. G. H. Collins, for relator. T. Connolly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. PETERSON, Appellant, v. McADOO, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Proceedings by the people of the state of New York, on the relation of George H. Peterson, against William McAdoo. E. L. Crandall, for appellant. T. Connolly, for re-